433 A.2d 126

Commonwealth v. Eppihimer, Appellant.

Petition for Allowance of Appeal Denied June 9, 1981.

Submitted November 14, 1980.  John H. Corbett, Jr., for appellant;  Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.